

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| TERRI CLAY, | Case No. EDCV 08-193-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action is dismissed with prejudice.

DATED: December 19, 2008

MARC L. GOLDMAN
MARC L. GOLDMAN
United States Magistrate Judge